UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARY JO McDANIEL,

                Plaintiff,

v.

HALI SAMIA, *et al.*,

                Defendants.

Case No. C24-5615-RAJ-MLP

ORDER APPOINTING COUNSEL

This is a prisoner civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff Mary Jo McDaniel is currently confined at the Washington Corrections Center for Women ("WCCW") in Gig Harbor, Washington. She alleges in this action that Defendants were deliberately indifferent to her health and safety, in violation of her rights under the Eighth Amendment, when they failed to adequately respond to an injury she sustained while working in the WCCW kitchen. (*See* dkt. # 4.)

On November 7, 2024, the Court issued an Order granting Ms. McDaniel's request for appointment of counsel, contingent upon identification of counsel willing to represent Plaintiff, and directing the Western District of Washington's Pro Bono Coordinator to identify counsel to represent Plaintiff in accordance with the Court's General Order 07-23 ("In re: Amended Plan

ORDER APPOINTING COUNSEL - 1

for the Representation of Pro Se Litigants in Civil Rights Actions"), section 3 (Sept. 8, 2023). (Dkt. # 16.) On November 19, 2024, the Court was notified that counsel has been located. Accordingly, the Court hereby GRANTS the request for appointment of counsel and appoints Erin M. Wilson, Lane Powell PC, 1420 Fifth Avenue, Suite 4200, Seattle, WA 98101, as counsel for Plaintiff, pursuant to "The United States District Court for the Western District of Washington's Plan for *Pro Se* Litigant Representation in Civil Rights Actions" ("the Plan"). *See* General Order No. 07-23.

Appointed counsel filed a Notice of Appearance on behalf of Plaintiff on November 21, 2024. (Dkt. # 17.) In the event Plaintiff prevails, appointed counsel may move for an award of attorney's fees under any applicable authority. The Court is unable to assure counsel of compensation from any other source, however.

The Clerk is directed to send a copy of this Order to Plaintiff at WCCW, to all counsel of record, and to the Honorable Richard A. Jones.

DATED this 22nd day of November, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER APPOINTING COUNSEL - 2