1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Honorable Richard A. Jones
Magistrate Judge Michelle L. Peterson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| MARY JO MCDANIEL, | NO.  3:24-cv-05615-RAJ-MLP |
| Plaintiff, | [PROPOSED] |
| | ORDER AMENDING PRETRIAL |
| v. | SCHEDULE |
| HALI SEMAIA, et al. | NOTE ON MOTION CALENDAR: |
| | AUGUST 25, 2025 |
| Defendants. | |

THIS MATTER came before the Court upon the parties' Stipulated Motion to Amend Pretrial Schedule. The Court has received, reviewed, and considered the motion, finding good cause, and being fully informed in this matter,

///

///

///

[PROPOSED]
ORDER AMENDING PRETRIAL
SCHEDULE
NO.  3:24-cv-05615-RAJ-MLP

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the following deadlines in the Order Setting Pretrial Schedule, Dkt. 22, are AMENDED to:

| Event | Date |
|---|---|
| Reports of expert witnesses under FRCP 26(a)(2) due | 11/18/2025 |
| All motions related to discovery must be filed by this date and noted for consideration no later than 21 days from the date of filing | 12/2/2025 |
| Rebuttal expert disclosures under FRCP 26(a)(2) due | 12/16/2025 |
| Discovery to be completed by | 1/2/2026 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | 2/2/2026 |

Signed this 5th day of September, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

NICHOLAS W. BROWN
Attorney General

/s Anne E. Ryan
ANNE E. RYAN, WSBA No. 46882
Assistant Attorney General
Office of the Attorney General, Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 389-3864
Anne.Ryan@atg.wa.gov
*Attorney for Defendants*

BALLARD SPAHR LLP

/s Dailey Koga (with permission)
ERIN M. WILSON, WSBA No. 42454
DAILEY KOGA, WSBA No. 58683
EMILY A. WILLIAMS, WSBA No. 58648
1301 Second Avenue, Suite 2800
Seattle, Washington 98101
(206) 223-7000
wilsonem@ballardspahr.com
kogad@ballardspahr.com
williamsea@ballardspahr.com
*Attorneys for Plaintiff*

[PROPOSED]
ORDER AMENDING PRETRIAL SCHEDULE
NO.  3:24-cv-05615-RAJ-MLP

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744