UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARY JO McDANIEL,

               Plaintiff,

    v.

HALI SEMAIA, *et al.*,

               Defendants.

Case No. C24-5615-RAJ-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On December 19, 2025, the parties submitted a proposed stipulated protective order. (Dkt. # 55.) Local Civil Rule 26(c)(2) requires that parties departing from this district's model protective order provide the Court with a redlined version identifying departures from the model. No redlined version has been provided. The Court will consider the stipulated motion after provision of the redlined version.

Dated this 19th day of December, 2025.

                                                Ravi Subramanian
                                                Clerk of Court

                                                By: Tim Farrell
                                                    Deputy Clerk

MINUTE ORDER - 1