THE HONORABLE RICHARD A. JONES

MAGISTRATE JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARY JO McDANIEL,<br><br>                    Plaintiff,<br><br>   v.<br><br>HALI SEMAIA, et al.,<br><br>                    Defendants. | Case No. 3:24-cv-05615-RAJ-MLP<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY DISCOVERY |

This matter comes before the Court on the Parties' Stipulated Motion to Stay Discovery. The Court has received, reviewed and considered the Motion. Finding good cause, the Court GRANTS the Motion. The Court hereby stays discovery and stays the case deadlines set forth in the Court's Order Amending Pretrial Schedule (Dkt. 51) while the Parties engage in settlement discussions. The Parties shall submit a joint status report every thirty (30) days regarding the status of the Parties' settlement discussions.

It is so ORDERED.

DATED this 15th day of January, 2026.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO STAY DISCOVERY - 1
CASE NO. 3:24-cv-05615-RAJ-MLP

BALLARD SPAHR LLP
1301 SECOND AVENUE SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

Presented by:

| BALLARD SPAHR LLP | NICHOLAS W. BROWN<br>Attorney General |
|---|---|
| By: *s/ Emily Williams*<br>Erin M. Wilson, WSBA No. 42454<br>Dailey Koga, WSBA No. 58683<br>Emily Williams, WSBA No. 58648<br>1301 Second Avenue Suite 2800<br>Seattle, Washington 98101<br>Telephone: 206.223.7000<br>wilsonem@ballardspahr.com<br>kogad@ballardspahr.com<br>williamsea@ballardspahr.com<br><br>*Attorneys for Plaintiff Mary Jo McDaniel* | By: *s/ Anne E. Ryan (with permission)*<br>Anne E. Ryan, WSBA No. 46882<br>Assistant Attorney General<br>Office of the Attorney General, Torts Division<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>Telephone: 206.389.3864<br>anne.ryan@atg.wa.gov<br><br>*Attorneys for Defendants* |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY DISCOVERY - 2
CASE NO. 3:24-cv-05615-RAJ-MLP

BALLARD SPAHR LLP
1301 SECOND AVENUE SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107