HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY JO McDANIEL,<br><br>        Plainitff,<br><br>    v.<br><br>HALI SEMAIA, *et al.*,<br><br>        Defendants. | CASE NO. 3:24-cv-05615-RAJ-MLP<br><br>ORDER |

The Court, having reviewed Plaintiff's amended complaint, Defendants' motion to dismiss, the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge, Defendants' objections thereto, and the remaining record, hereby finds and **ORDERS**:

(1)    The Report and Recommendation is approved and adopted.[1]

(2)    Defendants' motion to dismiss (dkt. # 44) is **GRANTED** as to: (1) all official capacity claims asserted in the amended complaint; (2) Plaintiff's medical deliberate

---

[1] Defendants raise a limited objection that all claims against the Department of Corrections ("DOC") should be dismissed based on Eleventh Amendment immunity. All § 1983 claims against the DOC have been dismissed pursuant to the parties' agreement. *See* Dkt. # 54 at 1. Further, Plaintiff states that she "does not intend to assert her state law claims against the DOC" in her amended complaint. *Id.* at 2. In light of these agreements and concessions, the Court finds no reason to modify the R&R.

ORDER – 1

indifference claim asserted against Defendant Carmichael in her personal capacity; (3) Plaintiff's fourth cause of action alleging a custom of failing to provide medical care; and (4) Plaintiff's state law claims alleging negligent infliction of emotional distress and outrage.

(3)   Defendants' motion to dismiss (dkt. # 44) is **DENIED** as to: (1) Defendants' qualified immunity defense; and (2) Plaintiff's negligence and medical malpractice claims.

(4)   Plaintiff is **GRANTED** leave to file a second amended complaint within *thirty (30) days* of the date on which this Order is signed.[2]

(5)   The Clerk is directed to send copies of this Order to all counsel of record and to Judge Peterson.

Dated this 13th day of February, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

---

[2] The Court acknowledges that the parties are currently engaged in settlement discussions and that all discovery and pretrial deadlines are stayed.  Dkt. # 59.  The parties may move the Court to also stay the deadline for Plaintiff to file a second amended complaint.

ORDER – 2